

COURTESY COPY
E-FILED
APR 24 2009
Document #
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANIMALIA PRODUCTIONS, PTY LTD, an Australian corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PORCHLIGHT ENTERTAINMENT, INC., a California corporation,<br><br>Defendant. | CASE NO. CV 09-0229 PSG (CTx)<br><br>[PROPOSED] JUDGMENT |

128,028,999 v3

UPON THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, this Court hereby enters the following Judgment in this action.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Court has proper jurisdiction over the parties and subject matter

2. Plaintiff, Animalia Productions, Pty Ltd., shall have judgment against, and recover from, Defendant, PorchLight Entertainment Inc., the sum of $1,334,420.00, which amount shall be paid on the following schedule: by April 28, 2009, $200,000.00; by May 31, 2009, $100,000.00; by June 30, 2009, $100,000.00; by July 31, 2009, $134,420.00; by October 28, 2009, $200,000.00; by April 28, 2010, $200,000.00; by October 28, 2010, $200,000.00; and, by April 28, 2011, $200,000.00.

3. The Defendant will pay the sums specified in paragraph 2 of this Judgment on the dates specified above, and if payment is not made as specified, and if Defendant fails to cure such default within seven (7) calendar days after written notice of such default, then the entire balance of the Judgment shall become immediately due and Plaintiff may immediately thereafter execute on this Judgment by any means or remedy available at law for collection of or execution on judgments.

4. The Production, Financing & Distribution Agreement "Animalia" dated as of November 30, 2005 between Animalia Productions, Pty Ltd and PorchLight Entertainment Inc. (as it has been amended) is terminated for material breach by PorchLight Entertainment Inc. effective October 1, 2008.

5. The "Animalia" Merchandise, Publishing and Ancillary Rights Agency Agreement dated as of November 30, 2005 between Animalia Productions, Pty Ltd and PorchLight Entertainment Inc. (as it may have been amended) is terminated for material breach by PorchLight Entertainment Inc effective October 1, 2008.

6. Each party shall bear its own attorney's fees and costs in connection with this action; provided, however, that in the event any party to this Judgment files a motion or any other proceeding to enforce or interpret the terms of this Judgment, the prevailing

128,028,999 v3

party shall be entitled to recover its attorney's fees and costs incurred in connection with such motion or proceeding.

7. The Court retains jurisdiction over the parties and this matter to the extent necessary to enforce this Judgment and any issues that might arise concerning this Judgment.

8. Defendant waives any further finding of fact and conclusions of law and all rights to appeal from this Judgment

**SO ORDERED.**

Dated: __4/23__, 2009

_____
THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT

128,028,999 v3

2